*Stephen C. Baldwin* and *Arthur Haviland* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

MARGARET C. DELILE, Respondent, *v.* THE LONG ISLAND REALTY COMPANY et al., Appellants.

*Delile* v. *Long Island Realty Co.*, 113 App. Div. 912, affirmed.
(Argued October 14, 1907; decided October 29, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 23, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for the reformation of a deed.

*Edward L. Frost* for appellants.

*Edward J. McGuire* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

BYRANT S. PALMER et al., as Administrators of the Estate of FLOYD T. JAMES, Respondents, *v.* LARCHMONT HORSE RAILWAY COMPANY et al., Appellants.

*Palmer* v. *Larchmont Horse Ry. Co.*, 112 App. Div. 341, affirmed.
(Argued October 14, 1907; decided October 29, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

May 12, 1906, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiffs' intestate alleged to have been caused by defendants' negligence.

*Frederick W. Sherman* for appellants.

*Thomas D. Adams* and *Arthur C. Palmer* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.